UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALLAH,

                Plaintiff,

   v.

SEAN F. MCAVOY, et al.,

                Defendants.

Case No. 2:19-CV-0218-TSZ

**ORDER DISMISSING THE CASE WITH PREJUDICE**

The Court, having reviewed de novo the Report and Recommendation of Brian A. Tsuchida, United States Magistrate Judge, the documents filed by Plaintiff, docket nos. 5, 6, and 7, and the remaining record, **ORDERS**:

(1)     The Court adopts the Report and Recommendation.

(2)     The complaint is DISMISSED with PREJUDICE.

(3)     The dismissal shall count as a Strike under 28 U.S.C. § 1915(g).

(4)     The Clerk shall provide a copy of this Order to plaintiff Allah and to Chief United States Magistrate Judge Tsuchida.

DATED this 8th day of April, 2019.

                                            Thomas S. Zilly
                                            United States District Judge